[No. 8766–9–II. Division Two. May 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
DONALD RALPH PELLHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 84–1–00359–3, Milton R. Cox, J., entered
April 4, 1985. *Affirmed* by unpublished opinion per Reed,

C.J., concurred in by Petrich and Alexander, JJ.